CLERK'S OFFICE U.S. DIST COURT
AT CHARLOTTESVILLE, VA
FILED
JUN 0 1 2006
JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIM. NO. 3:06-CR-00017 |
| v. | ORDER |
| FRANKLIN HOLLINGSWORTH | JUDGE NORMAN K. MOON |
| *Defendant.* | |

ORDER

This matter is before the Court on the government's motion for a stay of Magistrate Judge Crigler's release order and request for an expedited hearing. This motion is hereby GRANTED; Defendant's release on bond is hereby stayed pending a hearing on this issue.

The Clerk of the Court is directed to send a certified copy of this Order to all counsel of record.

ENTERED: /s/ Norman K. Moon
U.S. District Judge

6/1/06
Date